UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILBERT MOORE,<br><br>                              Plaintiff,<br><br>     -v-<br><br>UNITED STATES OF AMERICA,<br><br>                              Defendant. | No. 08-cv-10204 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

      Under this Court's previous orders, Plaintiff is prohibited from "mailing or otherwise delivering any letters to the district court," given that his actions in this Court are closed.  (Doc. Nos. 6 and 11.)  Notwithstanding this clear directive, Plaintiff has continued to mail letters and related materials to the Court that have no relation to the underlying action and are invariably unintelligible.  In its April 25, 2019 order, the Court explained that correspondence from the Plaintiff that fails to present a coherent issue for the Court to resolve would be returned without being docketed.  (Doc. No. 13.)  In light of the Southern District of New York's curtailed courthouse operations resulting from the COVID-19 pandemic, as well as this Court's prior orders, the Court will no longer return mail as a courtesy, and will instead discard such correspondence to conserve limited resources.  The Clerk of the Court is respectfully directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated:      June 24, 2020
               New York, New York

                                                                                  RICHARD J. SULLIVAN
                                                                                UNITED STATES CIRCUIT JUDGE
                                                                                Sitting by Designation